IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cr-00298-RBJ | Date: | December 12, 2013 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Carolos Escobedo |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Timothy J. Stockwell*<br>*Hayden M. Brockett via telephone* |
| v. | |
| 1. ABDELHAMID M. HORANY<br>**Defendant** | *Edward R. Harris* |

### COURTROOM MINUTES

**MOTION HEARING/STATUS CONFERENCE**

Court in session: 1:01 p.m.

Appearances of counsel.

Defendant is present in custody.

Argument given on [24] Motion for Review and Revocation of Order of Detention.

The Court makes findings, it is

**ORDERED:** **[24] Motion for Review and Revocation of Order of Detention is DENIED.**

**[28] Unopposed Motion to Disclose Grand Jury Material to Defendant is GRANTED.**

**[29] Unopposed Motion to Exclude Time from the Speedy Trial Act and Unopposed Motion to Continue Trial to Mid-April 2014 is GRANTED.**

Parties agree to a 180 day Ends of Justice continuance of speedy trial.

Five Day Jury Trial set for **May 27, 2014, at 9:00 a.m**. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Defendant remanded.

| Court in Recess:  1:59 p.m. | Hearing concluded. | Total time in Court:  00:58 |
|---|---|---|